JS-6
FILED
CLERK, U.S. DISTRICT COURT
10/31/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al., | ) Case No. CV 19-5881 FMO (KSx) ) ) |
| Plaintiffs, | ) **JUDGMENT** ) |
| v. | ) ) |
| MICHAEL GLATZE, LLC, et al., | ) ) |
| Defendants. | ) ) |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiffs on their claim for failure to accurately report and pay contributions in violation of 29 U.S.C. § 1145.

2. Defendant Michael Glatze, LLC, shall pay plaintiffs the total amount of $17,023.09, which is comprised of the following: (a) unpaid monthly contributions in the amount of $4,543.01; (b) interest in the amount of $2,723.29; (c) liquidated damages in the amount of $2,723.29; (d) audit costs in the amount of $2,400; (e) attorney's fees in the amount of $3,874; and (f) litigation costs in the amount of $759.50.

3.  Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 31st day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge